## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**COURTNEY SMITH**                                                                   **PLAINTIFF**
**ADC #149926**

**V.**                         **CASE NO.  4:19-cv-00423 JM**

**SOCIAL SECURITY ADMISITRATION**                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE